CAROLE THORESEN, Respondent, v. KENNETH THORESEN, Appellant.—

538

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.